■ In the Matter of the Claim of JACQUELINE GRANEK, Appellant. COMMISSIONER OF LABOR, Respondent. [700 NYS2d 404] —Motion for reargument or, in the alternative, for permission to appeal to the Court of Appeals.

Upon the papers filed in support of the motion, and no papers having been filed in opposition thereto, it is

Ordered that the motion for reargument is granted, without costs, unpublished decision and order dated and entered October 29, 1998 is vacated, and the appeal will be restored to the Court's calendar for further consideration.

Mikoll, J. P., Mercure, Yesawich Jr., and Carpinello, JJ., concur.

■ In the Matter of the Claim of LOUIS RUGGERIO, Appellant. A.G. EDWARDS & SON, INC., Respondent; COMMISSIONER OF LABOR, Respondent. [700 NYS2d 404] —Motion for reconsideration.

Upon the papers filed in support of the motion, and no papers having been filed in opposition thereto, it is

Ordered that the motion is granted, without costs, unpublished decision and order dated and entered December 3, 1998 is vacated and the appeal will be restored to the Court's calendar for further consideration.

Mercure, J. P., Peters, Spain and Graffeo, JJ., concur.